**Pure Milk Association, appellee, v. Joseph Wagner, Sr., et al., appellants. Gen. No. 9,113.**

Opinion filed January 18, 1937. Rehearing denied February 20, 1937.

Czarnecki, Grablowski & Kanak, for appellants. Martin Burns and Russell W. Keeney, for appellee; Donald Kirkpatrick and Gordon Moffett, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.

**Lena Miller, appellee, v. Louis Rich, appellant. Gen. No. 9,118.**

Opinion filed January 18, 1937.

Eli D. Langert and Bell, Farrar & Scott, for appellant; Earl L. Scott and Eli D. Langert, of counsel. George C. Wenger, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Charles A. Harvey, appellant, v. Price Dean, appellee. Gen. No. 9,123.**

Opinion filed January 18, 1937.

W. E. Viner, for appellant. H. B. Smith, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Frances T. Male, as administratrix of the estate of Frances A. Lovegran, deceased, and as executrix of the last will and testament of Godfrey T. Lovegran, deceased, appellee, v. City of Rockford, appellant. Gen. No. 9,137.**

Opinion filed January 18, 1937. Rehearing denied February 20, 1937.

Charles S. Thomas, Corporation Counsel, and Alf O. Ahlstrand, City Attorney, for appellant. John R. Snively, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.